**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Todd D. Muhlstock, individually and on behalf of all others similarly situated,

                                   Plaintiff,

                          -against-

Diversified Consultants Inc.,

                                   Defendant.

Docket No: 2:17-cv-06492-ADS-SIL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that the above-captioned action is voluntarily dismissed with

prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear

its respective attorney's fees and costs.

Dated: August 28, 2018

**SESSIONS, FISHMAN, NATHAN &**
**ISRAEL, L.L.C.**

By:  ___/s Kirsten Smith_____
Kirsten Smith, Esq.
3850 N. Causeway Blvd
 Metairie, Louisiana 70002
Tel: (504) 846-7943
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:____/s Craig B. Sanders_____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112387
*Attorneys for Plaintiff*